Henry C. M. Ingraham, as Trustee, etc., under the Will of Elizabeth K. Underhill, Deceased, Respondent, v. Albert E. Donovan, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Emma J. O'Donnell, Appellant, v. Henry H. Preston and Others, as Side Path Commissioners of Suffolk County, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Lottie G. Dimon, as Administratrix, etc., of Henry G. Dimon, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant, and The New York and Harlem Railroad Company, and The New York, New Haven and Hartford

Railroad Company, Defendants.— Judgment and order affirmed, with costs. No opinion. All concurred, except Goodrich, P. J., who dissented.

The People of the State of New York ex rel. Daniel J. Hegeman, Appellant, v. William H. Jones, as Supervisor, and Others, Respondents.— Motion to resettle order granted and order signed.

The People of the State of New York, Respondent, v. John Z. Armstrong, Appellant.— Judgment of conviction affirmed. No opinion. All concurred, except Goodrich, P. J., dissenting.

Herbert T. Ketcham and Ann Hosey, Appellants, v. Ernest Ochs, Respondent.— Judgment affirmed on the opinion of Mr. Justice Houghton (reported in 34 Misc. Rep. 470), with costs.

## SECOND DEPARTMENT, JULY TERM, 1902.

Louisa Beck, Individually and as Executrix and Trustee under the Last Will and Testament of William D. Beck, Deceased, Respondent, v. New York and Stamford Railway Company, Appellant.— Order granting temporary injunction modified in accordance with opinion *per curiam*, and as modified affirmed, without costs.— Appeal by the defendant from an order entered in the office of the clerk of Westchester county on the 4th day of June, 1902, granting a temporary injunction.—

PER CURIAM: The order appealed from is of a two-fold character. In the first place it directs the defendant to remove certain rails, ties, crossties, poles and wires from the real property of the plaintiff, and forthwith to restore the surface of said real property to the condition in which it was before the defendant entered thereon. In the second place, it restrains the defendant pending the trial of the action from using or in any manner operating the second or additional track which it has laid upon Beck avenue in the town of Rye. So far as the latter or strictly injunctive portion of the order is concerned, we think it should be affirmed, inasmuch as we are inclined to think that the franchise and consent obtained by the defendant contemplate the construction of a single-track railroad only. As to the first part of the order, however, which is of a purely mandatory character, we think the determination of the plaintiff's right to such relief should await the trial and the determination of the action. It seems hardly proper at this time to grant a measure of relief as to this branch

of the case which is as broad as the plaintiff could possibly have if she fully prevails upon the trial. The order appealed from should be modified by striking therefrom the mandatory portion to which we have referred, and as thus modified, it should be affirmed, without costs of this appeal to either party. All concurred.

Genarro La Femina, Respondent, v. Arsen Arsene and Others, Appellants.— Motion to resettle order denied, without costs.

In the Matter of the Application of Robert Fletcher Rogers for Leave to Practice as an Attorney and Counselor at Law in the Courts of this State.—Application granted.

In the Matter of the Application of the Poughkeepsie Trust Company to Be Designated as a Depositary under Sections 744, 745 and 747 of the Code.— Application granted and order signed.

In the Matter of the Application of Carolyn D. Heatherton for a Compulsory Accounting of Mary Dancel and Another, as Administrators, etc., of Christian Dancel, Deceased. — Motion to dismiss appeal denied.

The People of the State of New York, Respondent, v. John Shea, Appellant.— Judgment of conviction affirmed. No opinion. All concurred, except Bartlett, J., taking no part.

Benjamin Ramell, Respondent, v. John Duffy, as Treasurer of Court Sympathy No. 83, Foresters of America, Appellant.— Motion to dismiss appeal denied, without costs.

Michael Ward, Respondent, v. Bernard Naughton and Daniel McMahon, Appellants.— Motion to resettle order denied.

## FIRST DEPARTMENT, JULY TERM, 1902.

Jennie Kelly, Appellant, v. Edward M. Moore and Others, Defendants. James J. Nealis, Receiver, Respondent.— Order modified by sustaining exceptions, so far as the sum of forty dollars and fifty-two cents is concerned, and charging the receiver with that amount, and as so modified affirmed, without costs.— Appeal from an order denying in part plaintiff's motion for an order sustaining exceptions, etc.—

PER CURIAM: We do not think the receiver was justified in appointing an agent to collect the rents under the facts disclosed in

this case. The objection to the account allowing the receiver the amount paid to the agent for collecting the rents in question, namely, forty dollars and fifty-two cents, should, therefore, have been sustained. The order appealed from is, therefore, modified by sustaining the exception so far as this sum of forty dollars and fifty-two cents is concerned, and charging the receiver with that amount, and as so modified affirmed, without costs. Present—Van Brunt, P. J., O'Brien, Ingraham, McLaughlin and Hatch, JJ.